UNITED STATES DISTRICT COURT
for the
District of Vermont

**Janet A. Lee**

        v.                    Case No.    2:21-cv-00281

**Kemper Independence Insurance Company,**
**Safeco Insurance Company of Indiana**

ENTRY OF DEFAULT

The Plaintiff having filed an Application for Entry of Default as to Defendant(s):

    Kemper Independence Insurance Company
    Safeco Insurance Company of Indiana

It appearing that said Defendant(s) have failed to plead, file a verified answer, or otherwise defend, DEFAULT of Defendant(s):

    Kemper Independence Insurance Company
    Safeco Insurance Company of Indiana

is hereby entered pursuant to Rule 55(a), F.R.Civ.P.

Dated at Burlington, in the District of Vermont, this 22nd day of April, 2022.

                                              **JEFFREY S. EATON**
                                              **Clerk of Court**

                                              **BY:** _/s/ Sharrah LeClair_
                                              **Deputy Clerk**

CERTIFICATE OF SERVICE

I, Jeffrey S. Eaton, hereby certify that on April 22, 2022 the foregoing Entry of Default was electronically filed using the CM/ECF system, which will send notification of such filing to the following:

William L. Durrell, Esq.: durell@gmavt.net
Richard H. Wadhams, Jr., Esq: rwadhams@healaw.com
Thomas P. Simon, Esq.: tsp@mc-fitz.com

I also certify that on April 22, 2022, I have mailed by United States Postal Service, the document to the following non-registered participants:

**JEFFREY S. EATON**
**Clerk of Court**

**BY:** */s/ Sharrah LeClair*
**Deputy Clerk**